# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | | |
|---|---|---|
| Cleatte Huskey, | ) | Civil Action No.: 5:17-cv-00797-JMC |
|           Plaintiff, | ) | |
| v. | ) | ORDER |
| Nancy A. Berryhill,<br>Acting Commissioner of Social Security, | ) | |
|           Defendant. | ) | |

**AND NOW**, this 14th day of December, 2017, upon consideration of the Defendant's Motion to Remand (ECF No. 20) and any response thereto, it is hereby **ORDERED** that the Defendant's Motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

*J. Michelle Childs*

United States District Judge