# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cleatte Huskey<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 5:17-797-JMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, who granted defendant's Motion to Remand.

Date: December 15, 2017

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*